FILED
CLERK U.S. DISTRICT COURT
AUG 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:11 CR-70-VAP |
| v. Jonathan Paul Calvo | ORDER FOR TEMPORARY DETENTION 18 USC §3142(d) |
| DEFENDANT(S). | |

The Court finds that the above-named defendant:

☑ is / was at the time of commission of a federal / state / local offense on release:

☑ pending trial for a felony

☐ pending imposition / execution of sentence

☐ pending appeal of sentence / conviction

☐ pending completion of sentence

☐ probation / parole for any offense

☐ is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and ☐ may flee

☑ pose a danger to a person or the community as follows: _ongoing possession of child pornography, weapons/weapon components, use of internet, failure to abide by court ordered conditions of release_

IT IS ORDERED that the defendant be detained for a period not to exceed ten (10) court days.

IT IS FURTHER ORDERED that the U.S. Attorney notify: _the Clerk to the Hon. Virginia A. Phillips forthwith to schedule a revocation hearing_ Appropriate Court

_____, _____, _____
Probation or Parole Officer, State or local law enforcement, INS

IT IS FURTHER ORDERED that if _____ fails or declines to take
State Name of Appropriate Official
custody of defendant, a further bail hearing shall be set on _____ at _____ A.M./P.M.
in Courtroom _____

DATED: 8/19/11

_____
U. S. DISTRICT JUDGE/MAGISTRATE JUDGE